TEN FORTY-FIVE MAIN STREET CORPORATION, Appellant, v. STANDARD OIL COMPANY OF NEW YORK, INC., Respondent.— Order denying motion to strike out the separate defenses contained in defendant's answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.